JUDGE WOODS

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>- - - - - - - - - - - - - - - - - -x<br><br>UNITED STATES OF AMERICA             :<br><br>             - v. -                  :<br><br>AHMAD MAZEN,                          :<br><br>             Defendant.              :<br><br>- - - - - - - - - - - - - - - - - -x | **ORIGINAL**<br><br>INDICTMENT<br><br>15 Cr.<br><br>**15 CRIM 007** |

## COUNT ONE
### (Bail Jumping)

The Grand Jury charges:

On or about February 17, 2010 and thereafter, in the Southern District of New York, AHMAD MAZEN, the defendant, having been released pending execution of sentence for a felony offense punishable by a term of imprisonment of more than five years, pursuant to Chapter 207 of Title 18, United States Code, willfully and knowingly failed to surrender for service of sentence pursuant to a court order, to wit, MAZEN was convicted and sentenced to a term of imprisonment of one year and one day on December 16, 2009, in the Southern District of New York, for violation of Title 18, United States Code, Sections 1029(a)(5) and (b)(2), in United States v. Ahmad Mazen, 07 Cr. 788 (LAP),

[FILED stamp: JAN 0 7 2015]

and having been ordered by the Court to surrender for service of sentence on February 17, 2010, failed to surrender on that date or any date thereafter.

(Title 18, United States Code, Sections 3146(a)(2) and (b)(1)(A)(ii).)

_____        _____
FOREPERSON                             PREET BHARARA
                                       United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

AHMAD MAZEN,

Defendant.

INDICTMENT

15 Cr.

(18 U.S.C. §§ 3146(a)(2) & (b)(1)(A)(ii).)

PREET BHARARA
United States Attorney.

**A TRUE BILL**

Foreperson.

1/7/15 Filed Indictment Case Assigned to J Woods

Cott, USMJ