

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 11, 2015

**BY ECF AND ELECTRONIC MAIL**

The Honorable Loretta A. Preska
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: United States v. Ahmad Mazen,
     15 Cr. 7 (LAP)

Dear Chief Judge Preska:

  The Government writes, with the consent of defense counsel, respectfully to request an adjournment of the status conference currently scheduled for June 16, 2015, to July 1, 2015, at 12:00 p.m., a date we understand to be convenient for the Court. The brief adjournment will allow the parties to continue to engage in discussions related to a potential pre-trial resolution in this matter. The Court has granted two previous requests for adjournment of this date.

  In addition, the Government respectfully requests, with the consent of defense counsel, that the Court exclude time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), between June 16, 2015 and the date of the next status conference. An exclusion of time serves the interests of justice in that it will permit the parties to discuss a potential pretrial resolution in this matter.

Very truly yours,

PREET BHARARA
United States Attorney

By: _____
   Rebekah Donaleski
   Assistant United States Attorney
   (212) 637-2423

SO ORDERED
_____
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
6/15/15

cc: Jesse M. Siegel, Esq. (via electronic mail)
   *Counsel to Ahmad Mazen*